No. 770. ALEXANDER ET AL., COMMISSIONERS, DEPARTMENT OF BUSINESS REGULATIONS, ET AL. *v.* BENNETT ET AL. Supreme Court of Utah. Certiorari denied. *Zar E. Hayes* and *Grant Macfarlane* for petitioners.

No. 772. SIGNAL OIL & GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *Justin R. Wolf* and *Charles A. Case, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell* and *Howard E. Wahrenbrock* for the Federal Power Commission, *Bradford Ross* for the Oklahoma Natural Gas Co. et al., and *Marshall Newcomb* for the Lone Star Gas Co., respondents.

No. 780. ROMANO *v.* MAGLIO ET AL. Supreme Court of New Jersey. Certiorari denied. *Robert V. Carton* for petitioner. *Harry V. Osborne, Jr.* for respondents.

No. 783. AUSTIN *v.* MUNICIPAL COURT FOR THE DISTRICT OF COLUMBIA ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondents.

No. 326, Misc. CLARK *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se*. *Jo M. Ferguson,* Attorney General of Kentucky, and *William F. Simpson,* Assistant Attorney General, for respondent.

No. 514, Misc. STAFFORD *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Superior Court of California, Los Angeles County. Certiorari denied.